UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NUMBER: 10-55

KELLY P. HARRELL                             SECTION: "B"(5)

## ORDER AND REASONS

**IT IS ORDERED** that Defendant's motion to vacate his sentencing is **DISMISSED AS FRIVOLOUS**, (Record Document Number 57) without need of an evidentiary hearing, for the following reasons:

(1) This collateral attack upon the sentence is barred by Defendant's Rule 11(c)(1)(C) plea agreement, Record Document Number 49, where he knowingly and voluntarily waived such rights - confirmed again at the Rule 11 hearing and sentencing hearing, Record Documents 64-1 and 64-3;

(2) There is no showing of incompetent counsel or error; the Defendant's unsupported self serving claim that his counsel promised a different result is not credible;

(3) The noted plea agreement expressly warned Defendant that his stipulated plea agreement would have no impact on the separate revocation proceedings then pending before another judge of this court, wherein Defendant received a sentence that was ordered by that judge to run consecutive to the instant action; and

(4) Defendant's arguments are belied by the substantial reduction in prison time that could have been imposed but for representation by an experienced defense attorney and a generous prosecutor.

New Orleans, Louisiana, this 11th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE